IN THE SUPREME COURT OF OHIO

PLAINTIFF:

JOSEPH EMERSON

P.O. BOX 13

TOLEDO, OHIO 43697

V

DEFENDANTS:

1) UNITED STATES DISTRICT COURT
2) INTERSTATE BUILDING MAINTENANCE
3) HOME DEPOT HEADQUARTERS

23 - 0139

NATURE OF PROCEEDING: WRIT OF

MANDAMUS AND PROHIBITION


WRIT OF MANDAMUS AND PROHIBITION

RESPONDENTS:

1) UNITED STATES DISTRICT COURT, 1716 SPIELBUSCH AVENUE, TOLEDO, OHIO 43604
2) INTERSTATE BUILDING MAINTENANCE, 2309 508 PRUDENTIAL ROAD. #100, HORSHAM, PENN 19044
3) HOME DEPOT HEADQUARTERS, 2455 PACES FERRY ROAD, ATLANTA, GEORGIA 30339


BACKGROUND:
THE FBI AND UNITED STATES DISTRICT COURT SLANDER MY REPUTATION BEHIND MY BACK FALSE WITNESSES. NOW THIS COURT IS REFUSING MY SUBMITTED EVIDENCE MY CASE WHICH DEFENDANTS FILED CHANGE OF VENUE. CERTIFIED MAIL A COURT SUMMONS TO HOME DEPOT HEADQUARTERS WAS LIFTED/STOLEN AND ONLY THE UNSIGNED CARD RETURNED TO DISMISS NOT BEING SERVED. ENCLOSED IS EVIDENCE THIS NEWLY FILED ACTIVE CASE I SUBMITTED CLEARLY WITH THE CASE NUMBER PRINTED ON EACH DOCUMENT. TO PREVENT ME SUBMITTING THIS EVIDENCE, COURT PLAYED I WAS TRYING TO FILE ANOTHER CASE. I JUST SENT TO SUPREME COURT A CASE TRYING TO PRESS CRIMINAL CHARGES FBI. THEY REFUSE TO STOP WHORING FEMALES INTERSTATE PRIOR, MAKING FALSE STATEMENTS AFTER THEY WILL BE PROMIOSED RIGGED AN OPPORTUNITY WITH ME. IT IS OBVIOUS FBI LIFTED THE SUMMONS, ONLY THE CARRIER AND FBI CAN TOUCH FEDERAL ANY MAIL.

LAW AND ARGUMENT:





I HAVE A CIVIL RIGHT TO KNOW ANY WITNESS OR SLANDEROUS ALLEGATION, TO INCRIMINATE MY MENTALITY OR REPUTATION IN REGARDS TO ANY COURT CASE. I HAVE A RIGHT TO PRESENT MY SIDE AND VERSION, NOT THEM TO SUPRESS EVIDENCE THEN RIG JUDGEMENT ANY CASE IN ANY COURT OF LAW. I WANT THE SUPREME COURT TO OVERSEE THIS CASE AS I AM REFUSED ANY SUBMISSION THIS ACTIVE CASE OR ANY RIGHT TO APPEAL. POSSIBLY EVEN A CHANGE OF VENUE TO THE SUPREME COURT, AS THE MOTIVE WAS UNFAIR JUDGEMENT AND RULING A FBI RIGGED FEDERAL COURT TO OVERTHROW THE LIABILITY THE DEFENDANTS IN THIS CASE. ONLY THE FACT A IRS FEDERAL CRIME IS BEING COMMITTED, WOULD ANY NEED THIS CASE TO BE REMOVED TO FEDERAL COURT.

JOSEPH EMERSON                          01/26/2023

# United States District Court
## Northern District of Ohio

Sandy Opacich
Clerk of Court

Office of the Clerk
2-161 Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830

(216) 357-7000

January 20, 2023

**Joseph Emerson**
PO Box 13
Toledo, OH 43697

Dear Mr. Emerson:

On January 18, 2023, our office received multiple documents from you.  Upon further review, it was found that the court issued the enclosed Order enjoining you from filing any future litigation in the United States District Court for the Northern District of Ohio.

Pursuant to the enclosed Order, the documents are being returned to you.

Thank you.

Sandy Opacich
Clerk of Court

By: 
Deputy Clerk (JH)

568 John F. Seiberling
Federal Building and U.S. Court House
2 South Main Street
Akron, OH  44308-1876
(330) 252-6000

114 James M. Ashley & Thomas W. L. Ashley
U.S. Court House
1716 Spielbusch Avenue
Toledo, OH  43604-5385
(419) 213-5500

337 Thomas D. Lambros
Federal Building and U.S. Court House
125 Market Street
Youngstown, OH 44503-1787
(330) 884-7400

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
(WESTERN DIVISION)

| | | |
|---|---|---|
| JOSEPH EMERSON, | ) | CASE NO. 3:23-cv-00023 |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| -v- | ) | |
| | ) | **NOTICE OF FILING EXHIBIT E TO** |
| INTERSTATE BUILDING | ) | **THE NOTICE OF REMOVAL** |
| MAINTENANCE et al., | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Home Depot U.S.A. Inc. hereby attaches Exhibit E to the Notice of Removal,

which was inadvertently omitted from the filing.

Respectfully submitted,

*/s/ Lauren C. Tompkins*
Rebecca J. Bennett (0069566)
Lauren C. Tompkins (0087304)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Key Tower
127 Public Square, Suite 4100
Cleveland, OH 44114
216.241.6100
216.357.4733 (FAX)
Rebecca.bennett@ogletree.com
lauren.tompkins-payton@ogletree.com
*Attorneys for Defendant*
*Home Depot U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2023, a copy of the foregoing *Notice of Removal* was electronically filed with the Clerk of Court using the CM/ECF system. Notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, this filing is also being served upon all parties below Regular U.S. mail and/or via electronic mail.

Joseph Emerson
PO BOX 13
Toledo, Ohio 43697
*Plaintiff*

Brad Marg
Vice President Quality
Interstate Building Maintenance Corp.
508 Prudential Rd.
Suite 100
Horsham, PA 19044
bmarg@interstatemaintenance.com
*Defendant*

/s/ Lauren C. Tompkins
Lauren C. Tompkins
*One of the Attorneys for Defendant*
*Home Depot U.S.A., Inc.*

54550431.v1-OGLETREE

IN THE COURT OF COMMON PLEAS
LUCAS COUNTY, OHIO

| | |
|---|---|
| JOSEPH EMERSON | ) CASE NO. G-4801-CI-202204383-000 |
| | ) |
| Plaintiff, | ) JUDGE LORI L. OLENDER |
| | ) |
| -v- | ) |
| | ) **NOTICE OF FILING OF NOTICE OF** |
| INTERSTATE BUILDING | ) **REMOVAL** |
| MAINTENANCE et al., | ) |
| | ) |
| Defendants. | ) |

**TO THE CLERK OF COURTS OF THE LUCAS COUNTY, OHIO COURT OF**

**COMMON PLEAS, AND TO ALL PARTIES TO THE ACTION HEREIN:**

PLEASE TAKE NOTICE that, on January 6, 2023 Defendant Home Depot U.S.A., Inc.,

incorrectly named in the Complaint as Home Depot Headquarters Manager in Charge, filed a

Notice of Removal, removing this action to the United States District Court for the Northern

District of Ohio, Eastern Division, pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441, and 1446. A

true and accurate copy of the Notice of Removal is attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Lauren C. Tompkins*
Rebecca J. Bennett (0069566)
Lauren C. Tompkins (0087304)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Key Tower
127 Public Square, Suite 4100
Cleveland, OH 44114
216.241.6100
216.357.4733 (FAX)
Rebecca.bennett@ogletree.com
lauren.tompkins-payton@ogletree.com
*Attorneys for Defendant*
*Home Depot U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2023, a copy of the foregoing *Notice of Filing of Notice of Removal* was electronically filed with the Clerk of Court using the Court's electronic filing system. Notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, this filing is also being served upon all parties below via Regular U.S. Mail:

Joseph Emerson
PO BOX 13
Toledo, Ohio 43697
*Pro Se Plaintiff*

Brad Marg
Vice President Quality
Interstate Building Maintenance Corp.
508 Prudential Rd.
Suite 100
Horsham, PA 19044
bmarg@interstatemaintenance.com
*Defendant*

*/s/ Lauren C. Tompkins*
Lauren C. Tompkins
*One of the Attorneys for Defendant*
*Home Depot U.S.A., Inc.*

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joseph Emerson,                                          Case No. 3:20 CV 1634

        Plaintiff,                                    JUDGE JAMES G. CARR

  v.

Federal Bureau of Investigation,                         <u>OPINION AND ORDER</u>

        Defendant.

    *Pro se* Plaintiff Joseph Emerson filed this action in the Toledo Municipal Court against the

Federal Bureau of Investigation ("FBI").  Defendant removed the case to federal court and filed a

Motion to Dismiss (Doc. No. 4).  The Complaint consists entirely of rambling, incoherent, stream-

of-consciousness narrative.  Plaintiff also filed a supplement written in the same manner.  Because

the Complaint does not include a lucid statement of fact or an identifiable legal claim, the Court

need not address the Motion to Dismiss.

    A district court may, at any time, *sua sponte* dismiss a Complaint when the allegations of the

Complaint "are totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer

open to discussion." *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999) (citing *Hagans v. Lavine*,

415 U.S. 528, 436-37 (1974)); *see Hassink v. Mottl*, 47 Fed.Appx. 753, 755 (6th Cir. 2002) (holding

that district court properly dismissed the case *sua sponte* for lack of subject matter jurisdiction where

the plaintiff's complaint lacked an arguable basis in law). Because  Plaintiff has not included any

element of a Complaint needed to meet basic notice pleading requirements, this action is dismissed.

Furthermore, Plaintiff is a familiar litigant in the Northern District of Ohio. He filed eleven actions prior to this one, which were all dismissed as frivolous. *See Emerson v. Local 50 Northwestern Ohio Plumbers and Pipefitters*, No. 3:15-cv-02074 (N.D. Ohio Nov. 17, 2015); *Emerson v. Chrysler Headquarters et al*, No. 3:18-cv-02137 (N.D. Ohio Jan. 11, 2019); *Emerson v. Hilton Worldwide Global Headquarters et al*, No. 3:18-cv-02796 (N.D. Ohio Jan. 11, 2019); *Emerson v. Dept. of Public Utilities*, No. 3:19-cv-00351 (N.D. Ohio July 31, 2019); *Emerson v. Williams et al*, No. 3:19-cv-00365 (N.D. Ohio Jan, 2, 2020); *Emerson v. Beal*, No. 3:19-cv-00366 (N.D. Ohio Mar. 11, 2019); *Emerson v. CBS Headquarter et al*, No. 3:19-cv-00414 (N.D. Ohio May 29, 2019); *Emerson v. Myler*, No. 3:19-cv-00425 (N.D. Ohio Dec. 30, 2019); *Emerson v. Hebb*, No. 3:19-cv-00460 (N.D. Ohio Mar. 28, 2019); *Emerson v. City of Monroe et al*, No. 3:19-cv-00461 (N.D. Ohio Dec. 30, 2019); *Emerson v. Facebook et al*, No. 3:19-cv-00475 (N.D. Ohio Mar. 19, 2019). Due to his pattern if vexatious litigation, he has been barred from proceeding with a new action unless he pays the full filing fee. He is barred from proceeding *in forma pauperis*. *Emerson v. Facebook et al*, No. 3:19-cv-00475 (N.D. Ohio Mar. 19, 2019). Undeterred, he filed this case in state court from which Defendant removed it.

It is therefore necessary to impose further filing restrictions on Plaintiff. He is permanently enjoined from filing any new lawsuits or other documents without seeking and obtaining leave of court from the Chief Judge or the Miscellaneous Duty Judge in accordance with the following:

    1.    He must file a Motion Pursuant to Court Order Seeking Leave to File with any document he proposes to file and he must attach a copy of this Order to it (any such Motion should be filed in a miscellaneous case).

    2.    As an exhibit to any Motion seeking such leave, he must also attach a declaration which has been prepared pursuant to 28 U.S.C. § 1746 or a sworn affidavit certifying that (1) the document raises a new issue which has never been previously raised by his in this or any other court, (2) the

-2-

claim or issue is not frivolous, and (3) the document is not filed in bad faith.

3.      By means of a second exhibit, he must identify and list: (a) the full caption of each and every suit which has been previously filed by him or on his behalf in any Court against each and every Defendant in any new suit he wishes to file, and (b) the full caption of each and every suit which he has currently pending.

4.  As a third exhibit to the Motion, he must provide a copy of each Complaint identified and listed in accordance with the foregoing paragraph 3 and a certified record of its disposition.

The Court may deny any Motion for leave to file if the proposed document is frivolous, vexatious or harassing. If the Motion is denied, the document shall not be filed. Further, Plaintiff's failure to comply with the terms of this Order shall be sufficient ground for this Court to deny any Motion for leave to file, and may be considered an act of contempt for which he may be punished accordingly. If Plaintiff files the action in state court and it is removed to federal court by the Defendant, it will be dismissed without further notice by the Court unless Plaintiff immediately files the Motion for leave to proceed and attaches the three exhibits as set forth above.

Further, to prevent future harassment by Plaintiff and the waste of this Court's limited resources, the Clerk's Office is hereby ordered that it shall not accept any document submitted by Plaintiff prior to him obtaining leave to file. The Clerk's Office shall not file any Motion for leave unless it is *specifically identified* as a "Motion Pursuant to Court Order Seeking Leave to File," and unless it contains the attachments required by this Order. The Clerk's Office shall not accept any other documents from Plaintiff until the Motion Pursuant to Court Order Seeking Leave to File is granted.

Accordingly, this action is dismissed. The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.[1] In addition, Plaintiff is permanently enjoined from filing additional actions or prosecuting additional actions in this Court without first obtaining leave of court as set forth in this Memorandum of Opinion and Order.

IT IS SO ORDERED.

s/James G. Carr

_____

JAMES G. CARR
UNITED STATES DISTRICT JUDGE

---

[1]    28 U.S.C. § 1915(a)(3) provides:

An appeal may not be taken *in forma pauperis* if the trial court certifies that it is not taken in good faith.

-4-

*EVIDENCE FED COURT STOPPED FROM SUBMISSION*

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio ▼

| | | |
|---|---|---|
| joseph emerson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:23-cv-00023 |
| interstate building maintenance (et/al) | ) | |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

bob weller

To: interstate building maintenance, 508 prudential road, suite 100, horsham, penn. 19044

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: 1) attendance records interstate employees at home depot warehouse, 22671 pemberville road, luckey, ohio 43443.   2) records of home depot paying interstate for its employees hired up to and/or including 40 by contract per se.  3) a copy of the contract agreement between interstate and home depot.

| Place: | Date and Time: |
|---|---|
| | |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  01/16/2023

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____, who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00023

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❑ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❑ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF OHIO

(WESTERN DIVISION)

PLAINTIFF:

CASE NUMBER 3:23-CV-00023

JOSEPH EMERSON

JUDGE:

V

COMPLAINT: EMBEZZLING AND ILLEGAL TACTICS

DEFENDANTS:

INTERSTATE BUILDING MAINTENANCE (ET/AL)

SUMMARY:

AS THIS IS A CASE BETWEEN CASES I AM WRITING TO BOTH COURTS. I DO NOT SEE THIS CASE ASSIGNED A JUDGE. ENCLOSED IS A HISTORY OF THIS CASE. THIS HAS BEEN SENT TO IRS, AS WELL AS THIS FEDERAL COURT. I AM REQUESTING 200,000 FOR JOSEPH EMERSON, FOR MONTHS OF LITIGATION GOING NOWHERE. CONSIDERING MY OWN FORCED ATTORNEY AND NOT CHARGING FEES TO OTHER EMPLOYEES, I DESERVE MY 200,000. I HAVE PHOTOS PALLETS WELL OUTSIDE THE YELLOW SAFETY LINES SO PEOPLE GET INTO WRECKS THE SCRUBBER. YOU DO 500 DOLLARS OR MORE PROPERTY DAMAGE YOU ARE TERMINATED. FORKLIFT DRIVERS ASSEMBLE PALLETS FOR LOADING DOCKS STORED GOODS. THEY DO NOT OVERNIGHT LEAVE LOADED PALLETS IN ISLES OBSTRUCTIONS FOR OTHERS DRIVING. I WEDNESDAY JUST HAD A COMPLAINT AGAINST MYSELF LEAVING FULL GARBAGE BAGS AGAINST BOXES FOR TUGGERS TO PICK UP. THIS IS THE SAME THING I HAVE DONE SINCE I HAVE BEEN HIRED. PALLETS IN THE MIDDLE OF ISLES BEYOND THE YELLOW LINES SAFETY IS FINE BY FORKLIFT DRIVERS, BUT NOT MY GARBAGE BAGS THEIR LEFT DEBRIS IN BAGS NOT OBSTRUCTING ANY ISLEWAY. I AM REQUESTING 100,000 EACH EMPLOYEES AS FOLLOWS: CANDACE DIAZ, LAURIE WALKOWIAK, MIKE AUSTIN, DEBRA BENSCHOTER, SEAN BILLINGS, NATHANIEL BOROS, JAMES DELISLE AND KATHY FLINNER. ANOTHER FEMALE NEW HIRE I REQUESTED 10,000 FOR TAKING UP TO TWO MONTHS HIRED UNTIL ACTUALLY WORKING. SHE CLAIMS SENT COURT A LETTER.

JOSEPH EMERSON                                  01/12/2023

UNITED STATES DISTRICT COURT , NORTHERN DISTRICT OF OHIO

(WESTERN DIVISION)

PLAINTIFF:

CASE NUMBER: 3:23-CV-00023

JOSEPH EMERSON

JUDGE:

V

COMPLAINT: MORE EVIDENCE FBI/ HOME DEPOT

DEFENDANTS:

INTERSTATE BUILDING MAINTENANCE (ET/AL)

SUMMARY:

YEARS AGO TWO MONTHS FBI LIFTED A CERTIFIED LETTER AN ATTORNEY A COURT IN WASHINGTON D.C.

NEXT THEY LIFTED FLASHDRIVES I ORDERED MUSIC RECORDING THEM VIOLATING THE VERY COPYRIGHT INFRINGEMENT THEY ARE SUPPOSE TO PROTECT. NEXT YOU SEE THIS CASE AND ANOTHER, THE CERTIFIED COURT SUMMONS LIFTED. NOW MY PERSONAL MAIL IS LIFTED , FIRST TRUCKS OXYGEN SENSORS, AND A REPEAT MY FLASHDRIVE MUSIC. WHAT I ORDERED COMING ONLY ONE DAY LATE WAS A CARBURATOR MY CAR TRYING TO FIX. I OBVIOUSLY RECOGNIZE NEW YEARS EVE I ORDERED THE SENSORS, ROCK AUTO, BUT THEM TOOK TEN DAYS TO BE DELIVERED. IT SAT IT SAID DAYS IN DETROIT. ILLIMINATING SATURDAY, NEW YEARS EVE, UNTIL MONDAY RECOGNIZED NEW YEARS DAY IT TOOK JUST OVER A WEEK. NOW, THE ISSUE IS THIS FLASHDRIVE TAKING WELL OVER TWO WEEKS TO BE DELIVERED AFTER THE HOLIDAYS ORDERED. IT WAS SENT THE THIRD AND EVEN SENDER SENT A EMAIL. OBVIOUS THE 80,000 A YEAR PAID FBI AGENTS INTERSTATE ARE RECORDING AND PASSING IT AMONG AGENTS, RATHER THAN PAY THE 40 DOLLAR FEE. I USE FLASHDRIVES ON MY MOTORCYCLE REMOVING THE ANTIQUE CASSETTE PLAYER THE ORIGINAL EQUIPMENT. DO YOU WANT 1,500 SONGS YOU CAN BUY ON A FLASHDRIVE OR USE OLD CASSETTES OR CD'S THAT SKIP WHEN HIT BUMPS. I TOOK THE LIBERTY OF INFORMING RAP ARTISTS THE MAIL SITUATION. ALSO ARE PHOTOS HILO DRIVERS RIGGING PALLETS TO SIT OBSTACLES IN ISLES.

JOSEPH EMERSON                                                01/13/2023

IN THE COMMON PLEAS COURT OF LUCAS COUNTY, OHIO

PLAINTIFF:                                    CASE NUMBER:

JOSEPH EMERSON                                JUDGE:

V                                             COMPLAINT: UNFAIR LABOR PRACTICES

DEFENDANTS:

INTERSTATE BUILDING MAINTENANCE/MANAGER IN CHARGE

2309 508 PRUDENTIAL ROAD #100

HORSHAM, PENN. 19044


HOME DEPOT HEADQUARTERS/MANAGER IN CHARGE

2455 PACES FERRY ROAD

ATLANTA, GEORGIA 30339


SUMMARY:

I WAS HIRED BY INTERSTATE IN MAY. A TEMP AGENCY WAS RIGGED HIRING GAMES WITH FBI
SCREWING ME TWO JOBS A STALL THREE WEEKS PAY. HOME DEPOT IN THREE HOURS TOLD ME TO
LEAVE NOT TRAINED BY A TIME STAFFING EMPLOYEE. A MONTH LATER THEIR SITE SUPEVISOR AERIAL
WAS FIRED ALLEGEDLY DOCTORING HER HOURS. THEY ALSO NON UNION WERE RIGGING DOUBLE TIME
ON SATURDAYS BETYWEEN TWO SHIFTS. HOME DEPOT HAS A CONTRACT THEY HIRE A TOTAL OF 40
PEOPLE. LAST LOOKED THEY HAD ONLY 26. THIS MEANS 35,000 IS BEING EMBEZZLED A MONTH. COURT
CLAIMS A COURT DATE HAS TO BE SET TO FILE SUBPOENAS. I WANT SUBPOENAED THE CONTRACT
SIGNED, THE CHECKS HOME DEPOT WRITES TO INTERSTATE, AND THE ATTENDANCE LIST EMPLOYEES. I
COMPLAINED MANY THINGS TO INTERSTATE AND NOTHING DONE. I BELIEVE IT WAS TO MANAL BASHA
AND ANOTHER MALE EMPLOYEE. I WENT ABOVE THEIR HEADS TO HOME DEPOT HEAD. THE LUCKEY
OHIO PLANT MANAGER WAS TERMINASTED AND REPLACED BUT GAMES CONTINUED. I ABOVE HIS
HEAD EMAILED FOUR CORPORATE INVESTORS AND HD_INVESTIGATIONS@HOMEDEPOT.COM. NEXT IN
TIME THEY REQUESTED FILED AN INVESTIGATION AND I GO TO
QUINTON_K_AUSTIN@HOMEDEPOT.COM. I DID NOT SEND EMAILS ONLY TO HIM, I WANT MORE EYES
TO SEE AS PRIOR SITUATION AS ONE CAN BE BOUGHT. LEO IS HEAD INTERSTATE AND FIRST SITE
MANAGER BRYCE FAILED A DRUG TEST UPON HIRE HAVING A MEDICAL POT CARD HIS BACK. HE WAS
LOWERED TO AN EMPLOYEE AND WORKED UNTIL OBTAINED ANOTHER JOB. THIS IS DISCRIMINATION I
PASS A BACKGROUND CHECK AND DRUG TEST PRIOR HIRE, HE FAILS DROPPING DOWN STILL PAID AN
EMPLOYEE. NEXT WAS CODY WHO HIRED A WEEK WAS TERMINATED. HE WAS DIGGING INTO TIMES
NIGHTSHIFT SWIPED IDENTIFICATION CARDS IN, THEN TIME BADGED IN PLANT SITTING 1 ½ HOURS IN
PARKING LOT. HE SAID WAS A SHERIFF A YEAR ONE LOCATION THEN ANOTHER 1 ½ YEARS AND THEY
CLAIMED HE SHOWN A PORN TO TWO FEMALES SOME JOB. PRESENTLY NOW IS TOM A FORMER
EMPLOYEE AND GREASE IS STILL ON ME TO QUIT. ONE TIME SHEET THREE EMPLOYEES LEFT NIGHT

SHIFT IN TWO HOURS AND I WAS SCREWED NEXT DAY OVERTIME TONS OF GARBAGE AND BOXES DOING MODS AND MEDS AREAS. NOW JUST THURSDAY 11/17/2022 SCREWED AGAIN AND EMAILED HOME DEPOT PHOTOS ONE LEVEL ALONE AREA PALLET FLOW 2. AHEAD OF ME I GUARNTEE LAURA AND CANDACE WENT TO BIN AREA DOING BOXES , EACH BARREL WAS STILL FILLED WITH TRASH. THEY OR EMPLOYEES WERE TOLD TO ILLIMINATE BOXES. THIS AREA ALWAYS HAS MORE BOXES THAN ANY OTHER AREA. WHEN THREE GIRLS LEFT I THE WHOLE DAY DID NOT HAVE ENOUGH TIME TO DO THE LAST MOD THIS TIME I DID NOT HAVE TIME TO GO A SECOND ROUND EVEN THOUGH THEY WENT THRU BIN AREA. CANDACE THRU A FRIEND TRIED RIGGING ME A SLEEPING ROOM A HOUSE A BEDROOM WITH A WOODEN FLOOR FOR 450 DOLLARS AND THE HOUSE WAS A DUMP WITH MAJOR ROOF LEAKS. THEN I FILED A LAWSUIT TRYING TO GO OTHER DWELLINGS RIGGED BLOCKED FBI. THE FBI IS PROMISING PIPEFITTERS JOURNEYMAN BOOKS TO PEOPLE SCREWING ME JOBS. NOBODY ATTENDANCE IS FIRED MISSING DAYS THIS JOB. THE JOB IS FOUR DAYS TEN HOURS , SUNDAY THRU WEDNESDAY AND WEDNESDAY THRU SATURDAY. CANDACE IS ALLEGEDLY A TEAD LEAD AND NEVER COMES IN SUNDAYS. HOME DEPOT USED THEIR EMPLOYEES AS WE ONE SUNDAY HAD ONLY TWO. TWO BLACK GUYS ALSO NEVER WORK SUNDAYS. ONE HAS ANOTHER JOB AND RIGGED ONLY THREE DAYS. THREE OTHERS MISS DAYS EVERUY WEEK OR COME IN LATE. TWO WERE REDUCED TO THREE DAYS AND STILL CAME IN LATE OR MISSED DAYS, CINDY AND JASON, A BROTHER AND SISTER. JASON FINALLY WAS FIRED TELLING TOM TO FUCK OFF A JOB TOLD TO DO. EVERY SUNDAY ONLY NATE AND I SHOW , TIMES DEB MISSES. TEN BY CONTRACT ARE SUPPOSE TO BE HIRED, EVERY WEEK ONLY THREE SHOW. NICK QUIT THE JOB TWO WEEKS BLOWING OFF A ORIENTATION FED EX THEN JOB STARTING A MONDAY RETURNING TO INTERSTATE JOB SUNDAY. I WAS TOLD AS HE TRIED FRIENDING ME FACEBOOK A GAME TO MOVE IN WITH ME AS OWES RENT TO GUY LIVES WITH NOW. CLEARLY THOSE THREE WANT FIRED AND LEO NEVER FIRES THEM. HIS OWN SON SCREWS THE COMPANY BY NOT COMIN IN OR LEAVING EARLY LIKE THE OTHER DAY. ON HIS BIRTHDAY HE LEFT AT MIDNIGHT AND MISSED THE WHOLE NEXT DAY. HE OBVIOUS DID NOT COME BACK IN AT MIDNIGHT HIS BIRTHDAY EXPIRING. JAMES DELISLE CLAIMS WORKING 6 DAYS 12 HOURS I DO NOT SEE HIM OVERLAP MY SHIFT COMING OR GOING SIX DAYS A WEEK, ONLY ONE. HOME DEPOT NEEDS TO INVESTIGATE FEMALES FBI INTERSTASTE SEX TRAFFICKING THEM. I SEE THEM MISSING WEEKENDS AND NOW SUDDENLY I GUARNTEE IN CREDIT CARD DEBT WORKING WEEKDAYS AND WEEKENDS TO PAY CREDIT CARD BILLS THEIR SEX TRIPS. JAMES EVEN SAID HEARD ONE SAYING WENT ON A TRIP WITH A GUY IN FLORIDA. OWEN JUST THE OTHER DAY RIGGED A GIRL THREE TIMES TO STALK ME LAST HOUR. SHE HAS A BLACK GUY HER SHADOW EVERYWHERE AND APPARENTLY TRYING TO USE ME A STALKING GAME OR SPLITTING THEM UP. THIS MAN NEVER LEAVES HER SHE ON HER OWN ENDS IT, NOT A MALE ENDING IN A FIGHT. A BLONDE WITH GLASSES INMEZANINE TALKS TO ME SHE WORKS MORE HOURS JUST LIKE THE BLACK AND THREE WHITE GIRL FORKLIFT DRIVER IN 400'S AREAS. I AM REQUESTING 200,00 IN MONETARY AND PUNITIVE DAMAGES BY THE HIRING AND FIRING PRACTICES I HAVE NEVER EVER IN MY LIFE WITNESSED ON ANY JOB, PLAYED BY INTERSTATE. I WAS TOLD OWEN HOME DEPOT FINANCIAL MANAGER WAS SOME CHARGES A FEMALE ON NIGHT SHIFT. HE WAS ONE ON A CELL RIGGING AND STALKING ME WITH FEMALE OTHER DAY. OWEN IS SAYING REMOVED HEAD LUCKEY PLANT WAS ONE WAS EMBEZZLING AND CHARGES PRESSED. I HAVE LAWSUITS FILED FACEBOOK AND CRAIGSLIST FBI INVADING PRIVACY SEXING FEMALES BETWEEN. TODAY I WENT ON STEAMY PLAY AND NOW HOURS LATER NOT ONE FEMALE EMAILED ME BACK. THAT CASE I AM PUTTING IN COURT OF APPEALS AS DID LOCAL 421 PENSION LAWSUIT THEY TRIED DISMISSING WITH PREJUDICE. OBVIOUS WHEN HIRED EMPLOYEES MISS TIME INTERSTATE IS STILL PAID BY CONTRACT 40 PEOPLE. LAURAS AND CANDACE AR ON A CART AND DOING PULL CLEANING SHE

BITCHED AT ME FOR REMOVING BOXES NOT SPECIFIC TIME ON A TUGGER THEN ALSO IN AREA A SCRUBBER. ANOTHER EMPLOYEE LIKE NATE OR CATALINA CAN GO IN THE AREA NOT THE THREE TIMES, BUT ONLY I AM STALKED AND BITCHED AT. WHEN BOTH ACT LIKE SUPERVISORS, WHICH ARE NOT, ONE OBVIOUS SHOULD BE MANNING A JOB. THEY GET GARBAGE AND CARDBOARD A GAME TOGETHER WASTIME COMPANY TIME WHEN ONE ON A TUGGER AND TWO CARTS CAN OBVIOUS MAKE A HUGER DENT. I SEEN CANDACE NOT THERE THURSDAYS AND FRIDAYS AND SUNDAYS , IS SHE GETTING FULL 40 HOUR WEEKS NOT EVEN THERE. PEOPLE I WAS TOLD IN PASDT WERE FIRED LOGGING ON PAYLOCITY AND NOT EVEN ON THE JOB SITE WORKING AT HOME DEPOT.

JOSEPH EMERSON                    11/18/2022

IN THE UNITED STATES DISTRICT COURT NORTHWESTERN DISTRICT OF OHIO

(WESTERN DIVISION )

PLAINTIFF:                                              CASE : 3:23-CV-00023

JOSEPH EMERSON                                          JUDGE:

V                                                       COMPLAINT: INVASION OF PRIVACY

DEFENDANTS:

INTERSTATE BUILDING MAINTENANCE (ET/AL)

SUMMARY:

THREE DECADES FBI DETROIT HAS PUT KIM BROOKS AND BROTHER, MARK SIEBARTH, GREG SMITH, JASON HILL AND OTHERS ON SA FABRICATED WITNESS PROTECTION GAME I AM A DRUG DEALER. THEY DWINDLED 23,000 FORCED SALE MY HOUSE BLACKBALLED PIPEFITTING JOBS, 60,000 INHERITENCE BLACKBALLED ALSO STREET JOBS FOUR YEARS, AND I HAD 5,000 IN SAVINGS JUDGE LORI OLENDER HELPED FBI DWINDLE NOT FILING MY LAWSUIT UNEMPLOYMENT QUITTING JOB FORCED AWC. THIS MONEY CAME FROM COVID, STIMULOUS CHECKS AND SAVING MONEY ONLY PAYING 300 RENT. AT HOME DEPOT I BELIEVE FBI INTERSTATE SEX TRAFFICS THE ABOVE AND OTHERS THEIR FEMALE EMPLOYEES. AS I CAME BACK TO WORK THIS SUNDAY JAMES DELISLE CALLED IN SICK. THEN TOM THE SITE MANAGER TOOK HIS SPOT AND MYSTERIOUS NOW NICK IS COMING TO WORK, SO IS CINDY. THIS IS WHY I SENT IN A SUBPOENA REQUESTING ATTENDANCE. FBI TOLD MANAGEMENT, EVEN LEO WAS IN SUNDAY MORNING, ANTICIPATING SUING ALSO 100,000. LEO AND TOM ARE IN CIRCLE OF VILLIANS NOT HIRING PEOPLE. NOT COMING IN , NICK AND CINDY, CREATE PRIOR EVEN WORSE WORKLOAD. ONCE THEY HAVE BAIT A LAWSUIT INCENTATIVE, THEN THEY SHOW UP ALL THE TIME.

JOSEPH EMERSON                                          01/18/2023

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF OHIO

(WESTERN DIVISION)

PLAINTIFF:

JOSEPH EMERSON

V

DEFENDANTS:

INTERSTATE BUILDING MAINTENANCE (ET/AL)

CASE NUMBER: 3:23-CV-00023

JUDGE: JEFFREY HELMICK

COMPLAINT: ADDITION TO CASE

SUMMARY:

TWO PEOPLE WERE FIRED APPARENTLY SEX HARRASMENT ON NIGHT SHIFT , EACH OTHER, ON CAMERA. APPARENTLY A FEMALE NAMED ASHLEY GAVE A GUY NAMED COREY A RIDE TO WORK, AND HE GRABBED HER ASS. THE THREE GIRLS WHO LEFT IN TWO HOURS WHO RODE TOGETER I COMPLAINED PREVIOUS ALSO WERE FIRED APPARENTLY NONE EVEN TOOK A DRUG TEST. ON KEY 2 NIGHTSHIFT INTERSTATE HAS ONLY ONE EMPLOYEE, NOT TEN, NAMED PEYTON. KEY ONE HAS D.J, ROCHELLE, JADA, HAILEY, AND ROBERT, A TOTAL OF FIVE, NOT TEN.

FIVE INDIVIDUALS MY KEY AND KEY TWO REQUESTED ON DAYS TO SUE DAMAGES, RAY, JONOTHAN, TONY SOWINSKIAND CALVIN ON KEY TWO, AND SHANE ON KEY ONE. TONY TAIL END OF RECENT PEAK SEASON DID MEZANINE AND MODS AREAS OVERLOADED FROM NIGHTS CARDBOARD BOXES AND TRASH. NOW IT DIED DOWN AS IN HISTORY UNTIL APRIL. HOME DEPOT SENT PEOPLE HOME YESTERDAY AND TODAY. DUE TO COST OF GASOLINE AND GROCERIES TOO EXPENSIVE, PEOPLE SPEND LESS MONEY. WHEN A REFINERY HEATS UP CRUDE IT GETS FUELS IN PIPING AT DIFFERENT LEVELS. DIESEL, GASOLINE AND KEROSINE ARE A FEW. THERE IS NO WASTE A BARREL OF CRUDE. DIESEL IS LEAST REFINED AND MOST EXPENSIVE RAISING TRANSPORTATION COSTS FOR GOODS. ON TV A TRUCKER GOT COOKING OIL A RESTURAUNT RUNNING IT THRU A COFFEEE FILTER AND RAN IT AS FUEL IN HIS TRUCK. BOTTOM WASTE IS BURNED IN POWERHOUSES INSTEAD OF COAL.

JOSEPH EMERSON                                     01/21/2023

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF OHIO

(WESTERN DIVISION)

PLAINTIFF:                                CASE NUMBER 3:23-CV-00023

JOSEPH EMERSON                            JUDGE: JEFFREY HELMICK

V                                         COMPLAINT: MORE EVIDENCE CASE

DEFENDANTS:

INTERSTATE BUILDING MAINTENANCE (ET/AL)


SUMMARY:

DEB TOOK VACATION AND CANDACE SAID SHE QUIT. THIS MORNING HALEY SAID SHE TOLD SEVEN
PEOPLE TO APPLY FOR THIS JOB AND NOBODY WAS HIRED. A RUMOR IS FIVE WENT TO MEDICAL AND
REFUSED THE DRUG TESTS. CANDACE WAS NOT PAID HER HOLIDAY PAY. SHE CLAIMS HAD EXCUSED
ABSENCES AND MANAGEMENT NOW CLAIMS ONLY GOES BY PAYLOCITY WEBSITE. THE CONTRACT SAYS
YOU MUST WORK THE DAY PRIOR A HOLIDAY YOUR KEY / ROTATION, AND THE DAY AFTER. PRIOR THEY
MATCHED THE TIME YOU WROTE WITH PAYLOCITY. SHAWN SAID INTERSTATE TOOK HIS VACATION
TIME AND REDUCED HIS HOURS TO PART TIME. CANDACE SAID HE HAD 30 HOURS IN TWO WEEKS. NICK
HAD FIVE WRITE UPS AND NOTHING DONE HIS ABSENCES. IT IS DISCRIMINATION SHAWN NEVER
RECEIVED ANY LETTER OF WARNING TO THEN DICIPLINARY REDUCE HIM TO PART TIME. HOW CAN NICK
HAVE FIVE WRITE UPS AND SHAWN HAVE ZERO AS A WARNING. CANDACE TODAY SAID LEO TOLD HER
WE CAN HAVE A 25 CENT RAISE AND NOT BE ABLE TO WORK OVERTIME, OR WORK OVERTIME AND
RECEIVE NO RAISE.


JOSEPH EMERSON                            01/24/2023

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

PLAINTIFF:                                    CASE NUMBER: 3:23-CV-00023

JOSEPH EMERSON                                JUDGE: JEFFREY  HELMICK

V                                             REASON: REMOVAL TONY

DEFENDANTS:

INTERSTATE BUILDING MAINTENANCE (ET/AL)


SUMMARY:

TONY REQUESTS TO BE REMOVED FROM THE LIST OF PEOPLE WANTING TO SUE FOR DAMAGES. LAST
WEEK HE WANTED ON THE LIST, THIS WEEK HE DOES NOT. HE WAS INFORMED REMOVAL THE LIST, IF
OTHERS RECEIVE ANY SETTLEMENTS, HE SHALL RECEIVE NOTHING.


JOSEPH EMERSON                                01/25/2023

IN THE COMMON PLEAS COURT OF LUCAS COUNTY, OHIO

PLAINTIFF:

JOSEPH EMERSON

V

DEFENDANTS:

INTERSTATE BUILDING MAINTENANCE (ET/AL)

CASE NUMBER: G-4801-CI-202204383-000

JUDGE: LORI OLENDER

COMPLAINT: POSTAL CRIME HID EMPLOYEE

SUMMARY:

THE POSTAL SERVICE BLEW OFF THE CRIME STEALING AND NOT SIGNING CERTIFIED MAIL. INSTEAD, IT WENT TO A GAME THE TOPIC MY MAIL IN MY POST OFFICE BOX. I WANT TO KNOW WHO IS THE CARRIER, AND WHO TOOK THE COURT SUMMONS NOT SIGNING FOR IT. I HAVE ACTIVE CASE CI-20223723-000 IN LUCAS COUNTY COMMON PLEAS COURT I BERLIEVE SAME SITUATION PREVIOUS THERE. NOW I GET THIS LETTER TO BUY TIME THE CASE.

JOSEPH EMERSON                                01/09/2023

| Form **3949-A** (October 2020) | Department of the Treasury - Internal Revenue Service<br>**Information Referral**<br>(See instructions on reverse) | OMB Number<br>1545-1960 |
|---|---|---|

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM. There may be other more appropriate forms specific to your complaint.**
**(For example, if you suspect your identity was stolen, use Form 14039.)**

## Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an Individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner.
*(Leave blank any lines you do not know.)*

| 1a. Name of individual | b. Social Security Number/TIN | c. Date of birth | |
|---|---|---|---|
| d. Street address | e. City | f. State | g. ZIP code |
| h. Occupation | i. Email address | | |

j. Marital status *(check one, if known)*
☐ Married  ☐ Single  ☐ Head of Household  ☐ Divorced  ☐ Separated     k. Name of spouse

| 2a. Name of business INTERSTATE BUILDING MAINTENANCE | b. Employer Tax ID number (EIN) | c. Telephone number | |
|---|---|---|---|
| d. Street address 2309 508 PRUDENTIAL ROAD #100 | e. City HORSHAM | f. State PA | g. ZIP code 19044 |
| h. Email address | i. Website | | |

## Section B – Describe the Alleged Violation of Income Tax Law

3. Alleged violation of income tax law. *(Check all that apply.)*
☐ False Exemption          ☐ Unsubstantiated Income       ☒ Unreported Income       ☐ Failure to Withhold Tax
☐ False Deductions         ☐ Earned Income Credit         ☐ Narcotics Income        ☐ Failure to File Return
☐ Multiple Filings         ☐ Public/Political Corruption  ☐ Kickback                ☐ Failure to Pay Tax
☐ Organized Crime          ☐ False/Altered Documents      ☐ Wagering/Gambling       ☐ Other *(describe in 5)*

4. Unreported income and tax years
Fill in Tax Years and dollar amounts, if known *(e.g., TY 2010- $10,000)*
TY ____ $ _____  TY ____ $ _____  TY ____ $ _____  TY ____ $ _____  TY ____ $ _____  TY ____ $ _____

5. Comments *(Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)*

HOME DEPOT PAYS INTERSTATE BY CONTRACT FOR 40 EMPLOYEES,
INTERSTATE ATTENDANCE DOES NOT FIRE EMPLOYEES OR HIRE THE
40 PAID FOR. THIS IS THEN A WORKLOAD PEOPLE THERE, SO
QUIT, THIS AFFECTS PLANT CLEANLINESS AND TRYING TO FORCE PEOPLE
OVERTIME TO DO THE WORKLOAD, HOW MANY WAREHOUSES DOES THIS HAPPEN

6. Additional information. Answer these questions, if possible. Otherwise, leave blank.
a. Are book/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)*    ☒ Yes  ☐ No
b. Do you consider the taxpayer dangerous                                                                                          ☐ Yes  ☒ No
c. Banks, Financial Institutions used by the taxpayer

| Name | Name |
|---|---|
| Street address | Street address |

| City | State | ZIP code | City | State | ZIP code |
|---|---|---|---|---|---|

## Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*
This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| 7a. Your name JOSEPH EMENON | b. Telephone number 567-315-0878 | c. Best time to call | |
|---|---|---|---|
| d. Street address P.O. Box 13 | e. City TOLEDO, | f. State OH | g. ZIP code 43697 |

**Print and send your completed form to: Internal Revenue Service**
**PO Box 3801**
**Ogden, UT 84409**

Catalog Number 47872E          www.irs.gov          Form **3949-A** (Rev. 10-2020)

| | | OMB Number 1545-0409 |
|---|---|---|
| Form **211** (July 2018) | Department of the Treasury - Internal Revenue Service **Application for Award for Original Information** | Date Claim received |
| | | Claim number *(completed by IRS)* |

## Section A – Information About the Person or Business You Are Reporting

1. Is this  ☒ New submission or  ☐ Supplemental submission
If a supplemental submission, list previously assigned claim number(s)

2. Last 4 digits of Taxpayer Identification Number(s) *(e.g., SSN, ITIN, or EIN)*

3. Name of taxpayer *(include aliases)* and any related taxpayers who committed the violation
INTERSTATE BUILDING MAINTENANCE

4. Taxpayer's address, including ZIP code
2309 508 PRUDENTIAL ROAD #100, HORSHAM, PA 19044

5. Taxpayer's date of birth or approximate age

6. Name and title and contact information of IRS employee to whom violation was first reported, if known

7. Alleged Violation of Tax Law *(check all that apply)*
☐ Income Tax    ☐ Employment Tax    ☐ Estate & Gift Tax    ☐ Tax Exempt Bonds
☐ Employee Plans    ☐ Governmental Entities    ☐ Exempt Organizations    ☐ Excise
☒ Other (identify)  UNREPORTED INCOME

8. Describe the Alleged Violation. State all pertinent facts to the alleged violation. *(Attach a detailed explanation and include all supporting information in your possession and describe the availability and location of any additional supporting information not in your possession.)* Explain why you believe the act described constitutes a violation of the tax laws
HOME DEPOT PAYS INTERSTATE 1099 PEOPLE AND DOES NOT HAVE 1099.

9. Describe how you learned about and/or obtained the information that supports this claim. *(Attach sheet if needed)*

10. What is your relationship *(current and former)* to the alleged noncompliant taxpayer(s)? Check all that apply. *(Attach sheet if needed)*
☒ Current Employee    ☐ Former Employee    ☐ Attorney    ☐ CPA
☐ Relative/Family Member    ☐ Other *(describe)*

11. Do you still maintain a relationship with the taxpayer    ☐ Yes    ☒ No

12. If yes to number 11, describe your relationship with the taxpayer

13. Are you involved with any governmental or legal proceeding involving the taxpayer    ☐ Yes    ☒ No

14. If yes to number 13, Explain in detail. *(Attach sheet if needed)*

15. Describe the amount of tax owed by the taxpayer(s). Provide a summary of the information you have that supports your claim as to the amount owed *(i.e. books, ledgers, records, receipts, tax returns, etc) (Attach sheet if needed)*

16. Fill in Tax Year (TY) and Dollar Amount ($), if known
TY _____ $ _____    TY _____ $ _____    TY _____ $ _____    TY _____ $ _____    TY _____ $ _____

## Section B – Information About Yourself

| 17. Name of individual claimant | 18. Claimant's date of birth *(MMDDYYYY)* | 19. Last 4 digits of Claimant's SSN or ITIN |
|---|---|---|
| JOSEPH EMERSON | 09/09/1962 | 9642 |

20. Are you currently an IRS employee  ☐ Yes ☒ No    21. Are you the spouse or a dependent of an IRS employee  ☐ Yes ☒ No

22. Are you currently an IRS contractor  ☐ Yes ☒ No    23. Are you a Federal, State or Local Government employee  ☐ Yes ☒ No

24. Address of claimant, including ZIP code
P.O. BOX 13
TOLEDO, OHIO 43697

25. Telephone number *(including area code)*
567-315-0878

26. Email address

27. Declaration under Penalty of Perjury I declare that I have examined this application, all accompanying statement and supporting documentation, and, to the best of my knowledge and belief, they are true, correct, and complete

_Signature of Claimant_    Date 01/12/2023

Catalog Number 16571S    www.irs.gov    Form **211** (Rev. 7-2018)

VISITOR SIGN - IN - SHEET                    Sun Nov 27th

| VISITOR NAME | VISITOR SIGNATURE | COMPANY | DATE | TIME IN | TIME OUT | |
|---|---|---|---|---|---|---|
| Nathan Raw | Nathan Bower | IS | 11-27-22 | 5:40 | | props |
| Ja Emerson | Jul Em | I | 11-27-22 | 5:45 | | Scrue |
| Michelle Kopp | Richelle Kopp | JS | 11-27-22 | 548 | | Mics Cak/RR |
| Deb Basdar | Michel | IS | 11-27-22 | 5.54 | | Tug |
| CALVIN ROGERS | Calvin B. Rog | I S | 11-27-22 | 5.58 | | Tug |
| James Freeman | Jam Freeman | I S | 11-27-22 | 5.15 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**VISITOR SIGN - IN - SHEET**   Sun Nov 27th

| VISITOR NAME | VISITOR SIGNATURE | COMPANY | DATE | TIME IN | TIME OUT |
|---|---|---|---|---|---|
| Nathan Banks | Nathan Banks | IS | 11-27-22 | 5:2 | |
| Joe Erickson | Joe Erickson | IS | 11-27-22 | 5:45 | |
| Michelle Kopp | Michelle Kopp | IS | 11-27-22 | 5:45 | |
| Deb Barsdale | Deb Barsdale | IS | 11-27-22 | 5.54 | |
| CALVIN ROGERS | Calvin B. Roger | I S | 11-27-22 | 5.58 | |
| James Freeman | James Freeman | I S | 11-27-22 | 5.15 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**VISITOR SIGN - IN - SHEET**  Sun Nov 27/th

| VISITOR NAME | VISITOR SIGNATURE | COMPANY | DATE | TIME IN | TIME OUT |
|---|---|---|---|---|---|
| Nihad Bohic | Nihad Bohic | IS | 11-27-22 | 5.1am | |
| Joe Corenna | Joe Corenna | IS | 11-27-22 | 5.45 | |
| Michelle Kopp | Michelle Kopp | IS | 11 27 22 | 5.45 | |
| Dad Bosdala | Bosdala | IS | 11-27-22 | 5.54 | |
| CALVIN ROGERS | Calvin B. Roga | IS | 11-27-22 | 5. 58 | |
| James Freeman | James Freeman | I S | 11-27-22 | 5.15 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**VISITOR SIGN - IN - SHEET**   Sun Nov 27th

| VISITOR NAME | VISITOR SIGNATURE | COMPANY | DATE | TIME IN | TIME OUT |
|---|---|---|---|---|---|
| Nikki Bob | Nikki Bob | IS | 11-27-22 | 5:30 | |
| Jim Crossen | Jim Crossen | IS | 11-27-22 | 5:45 | |
| Michelle Kopp | Michelle Kopp | IS | 11-27-22 | 5:45 | |
| Deb Barsdale | Deb Barsdale | IS | 11-27-22 | 5:55 | |
| CALVIN ROGERS | Calvin B Rogers | IS | 11-27-22 | 5:15 | |
| James Freeman | James Freeman | I S | 11-27-22 | 5:15 | |

(handwritten right margin notes: mods, Scrubber, mods, Rob/RR, Tug, Tug)

IN THE COMMON PLEAS COURT OF LUCAS COUNTY, OHIO

PLAINTIFF:                                    CASE NUMBER: G-4801-CI-202204383-000

JOSEPH EMERSON                                JUDGE: LORI OLENDER

V                                             COMPLAINT: MORE POLITICAL GAMES

DEFENDANTS:

INTERSTATE BUILDING MAINTENANCE  (ET/AL)


SUMMARY. THIS SHOWS ON NOVEMBER 27 CALVIN AND BROTHER WORKED THAT SUNDAY. BETWEEN NIGHTSHIFT DID NOTHING, I WAS PUT ON TUGGER AND LEFT TO BAIL THESE THREE HUGE BOXES OF CAERDBOARD BEYOND DAILY DUTIES. THEN ON DECEMBER 3RD I WENT IN FOR OVERTIME. CALVIN, RAY AND HIS SON LEFT BEFORE EIGHT HOURS SO GET A PAID LUNCH. I WAS LEFT ALONE DOING PULL AND LORI CAME AT 3:30 TO HELP. THEY PLANNED THIS AS THEY DROP HINTS I WIN A LAWSUIT TO GIVE EVERYONE THOUSANDS OF DOLLARS. THEY DID NOT COME IN THIS PAST SUNDAY AND I WAS BAGGED OVERLOADED MEZANINE AND MODS AREAS AGAIN. TODAY, 12/5/2022 JAMES DELISLE CAME IN AND WAS PAIRED WITH SHANE WHO CAME IN LATE SUNDAY. I ALSO GAVE MICHELLE A PAPER A FORM TO SEND COURT A STATEMENT TO SUE WITH COPY THE LAWSUIT. SHE DOES NOT, REMOVE HER THE LAWSUIT JUST LIKE FEMALES TWO FACED WITH FBI FACEBOOK AND CRAIGSLIST. I PHYSICALLY SEE THIS FEMALE APPARENTLY FBI HAS HER BELIEVING HER ISSUE WORTH MORE THAN 10,000. THERE WERE SETS OF FEMALES A GAME HIRED BEYOND NORMAL FORMALITY. THIS WAS GIA SEVERINO, AMY ECKHERT, AND MARY HIGGS. WERE THEY SEX PREYED FBI GAME LEO AND SON OR JAMES, I DO NOT KNOW. I KNOW THIS LAWSUIT PROCEEDS AND I AM NOT PAYING FOR SOME RIGGED ATTORNEY TO EAT MY LAWSUIT MONEY FOR FEMALES NOT EVEN A BRAIN TO QUIT LETTING PEOPLE STEP ON CIVIL RIGHTS, IF SITUATION. ANOTHER FEMALE FBI MAY WENT TO SEX GAME IS MARRIED BECKA, A HILO DRIVER HERE A MONTH. FIRST WERE A CONVERSATION NOW IT IS OPPOSITE. I TOLD HOME DEPOT KEEP THE SAME PEOPLE AND LET THEM CUT THEIR OWN THROATS. HIRE A NEW CONTRACTOR AND USE 50 POINTS SYSTEM. NOW YOU HAVE PEOPLE TO TRAIN NEW HIRES AND THEIR OWN ACTIONS WILL GET THEM FIRED STARTING ATTENDANCE. 5 POINTS YOU MISSING A CALL IN, THREE YOU COME IN LATE OR LEAVE EARLY. FIVE POINTS YOU COME IN AND LEAVE BEFORE LUNCH. MIKE SCREWED UP ON HIS OWN THREE DAYS LAST WEEK, AND CAME IN LATE TODAY. JUST IN TWO WEEKS HE HAS 14 POINTS. POINTS DROP OFF A YEAR AFTER INCIDENT. ·

JOSEPH EMERSON                                12/5/2022

*[signature]*

JOSEPH EMERSON



















